# Thompson Unemployment Compensation Case.

Argued June 12, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, MONTGOMERY, and FLOOD, JJ. (WATKINS, J., absent).

*Robert S. Robbins,* for appellant.

*Sydney Reuben,* Assistant Attorney General, with him *David Stahl,* Attorney General, for Unemployment Compensation Board of Review, appellee.

OPINION BY MONTGOMERY, J., September 13, 1962:

The record adequately supports the findings of the board that claimant habitually reported late for work; and after being warned by her employer, persisted in her tardiness and was discharged for this reason. This constituted willful misconduct justifying a denial of benefits under section 402(e) of the Unemployment Compensation Law. *Backer Unemployment Compensation Case*, 198 Pa. Superior Ct. 184, 181 A. 2d 869 (1962).

Decision affirmed.